

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EUGENIO L. RODRIGUEZ, | § | No. 08-21-00146-CR |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| THE STATE OF TEXAS, | § | of Andrews County, Texas |
| State. | § | (TC# 1532) |
|  | § | |

## O R D E R

The Appellant's brief in the above styled and numbered cause was due December 22, 2021. As of the date of this order, no brief or motion for extension of time to file the brief has been filed with this Court.

It is therefore ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal and is entitled to appointment of counsel. Further, the trial court shall forward its findings to the District Clerk of Andrews County, Texas, on or before February 3, 2022. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and forward the same to this Court on or before February 13, 2022. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before February 13, 2022.

IT IS SO ORDERED this 14th day of January, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.